ACCEPTED
05-14-01417-CR
FIFTH COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 1:18:04 PM
LISA MATZ
CLERK

## NO. 05-14-01417-CR

| | | |
|---|---|---|
| KARIASA MACHELL THOMAS | § | IN THE COURT OF APPEALS |
| v. | § | FOR THE FIFTH DISTRICT |
| THE STATE OF TEXAS | § | OF TEXAS AT DALLAS |

FILED IN
5th COURT OF APPEALS
DALLAS, TEXAS
1/22/2015 1:18:04 PM
LISA MATZ
Clerk

### APPELLANT'S MOTION TO PERMIT CURRENT APPOINTED COUNSEL TO WITHDRAW ON APPEAL AND ABATE THE APPEAL TO ALLOW APPOINTMENT OF NEW COUNSEL ON APPEAL

TO THE HONORABLE COURT OF APPEALS:

COMES NOW the Appellant, through her attorney of record on appeal, Lori L. Ordiway, and files this Motion to Permit Current Appointed Counsel to Withdraw on Appeal and Abate the Appeal to Allow Appointment of New Counsel on Appeal in the above-referenced appeal, and would show the following:

I.

The appellate record in this appeal is initially due in this Court by February 10, 2015.

II.

The undersigned attorney, Lori L. Ordiway, is closing and leaving her private practice, in anticipation of returning to the position of chief of the appellate division of the Dallas County District Attorney's Office on February 2, 2015.

1

III.

Continued representation in this appeal would constitute a conflict of interest. The appointment of new counsel is necessary to ensure that the Appellant receives effective assistance of counsel on appeal.

IV.

The Appellant's name and last known address are as follows:

Kariasa Thomas
Dallas County Jail-Bookin # 14059906
West Tower, Tank 09P 10
P.O. Box 660334
Dallas, TX 75266-0334

The telephone number at the Dallas County Jail is (214) 761-9025.

V.

A copy of this Motion is being delivered on this date to the Appellant both by certified mail (Certified Mail No. 7013 0600 0001 0423 7415) and by first-class mail to the last known address stated in paragraph IV herein. With the copy of the Motion, the undersigned attorney has notified the Appellant in writing of her right to object to this Motion.

WHEREFORE, PREMISES CONSIDERED, the undersigned attorney for the Appellant respectfully requests that this Court grant this Motion to Permit Current Appointed Counsel to Withdraw on Appeal and Abate the Appeal to Allow Appointment of New Counsel on Appeal.

**Respectfully submitted,**

**/s/ Lori L. Ordiway**
**LORI L. ORDIWAY**
**State Bar No. 12327300**
**P.O. Box 793991**
**Dallas, Texas 75379**
**Telephone: (972) 701-0155**
**Facsimile:  (972) 701-0151**
**E-mail:      lori.ordiway@att.net**

**ATTORNEY FOR THE APPELLANT**

## CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that a true and correct copy of this Motion is being served on the attorney for the State of Texas, the Dallas County District Attorney's Office, Appellate Division, via the service function in eFile Texas, to DCDAAppeals@dallascounty.org, on the 22nd day of January, 2015.

**/s/ Lori L. Ordiway**
**LORI L. ORDIWAY**

**14-30**

3